## Commonwealth *v.* Watson, Appellant.

▆▆▆▆ Before SHUMAKER, P. J. ▆▆▆▆

Argued November 12, 1968. *Lee A. Montgomery*, with him *Norman D. Jaffe*, and *Galbreath, Braham, Gregg, Kirkpatrick, Jaffee & Montgomery*, for appellant; *Robert F. Hawk*, Assistant District Attorney, with him *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.